
**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 25, 2020

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Mario Delgado*, 19 Cr. 817 (LAK)

Dear Judge Crotty:

The Government respectfully writes to clarify the parties' understanding that the next conference in this case is set for April 22, 2020. The Government has conferred with Daniel Parker, Esq., counsel to Mr. Delgado, and confirmed that to the extent the Court had only intended to adjourn the March 26, 2020 status conference for co-defendant Daniel Cuevas, Mr. Delgado now seeks such an adjournment as well. The Government joins in this application.

Time is already excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice, with respect to Mr. Cuevas's application. The parties ask that the Court similarly exclude time with respect to Mr. Delgado.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: /s/
Celia V. Cohen
Assistant United States Attorney
(212) 637-2466

*Granted for [the] same reasons as in Mr. Cuevas' case.*

4/3/2020