U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 10, 2020

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: *United States v. Mario Delgado et al.*, 19 Cr. 817 (LAK)

Dear Judge Kaplan:

    The Government respectfully writes with the consent of counsel for all defendants to provide a status update to the Court and to request an adjournment of the next status conference in this case. Discovery is currently complete and plea discussions are ongoing. The next scheduled conference is currently set for June 17, 2020. In light of the current health situation, the parties respectfully request that the conference be adjourned to a date convenient for the Court. The parties further request that the time between June 17, 2020 and the date of the next conference be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice, both in light of the current health situation and so that counsel can discuss the pending plea offers with their clients.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: /s/
Celia V. Cohen
Assistant United States Attorney
(212) 637-2466

---

The conference is adjourned to September 23, 2020 at 3:15 pm. Time is excluded for Speedy Trial Act purposes from now through September 23. The Court finds that the interests of justice served thereby outweigh the interests of the public and the defendants in a speedy trial. While the Court has no reason to doubt the government's representation that all defendants join in the request to exclude time, defendants are directed to file any objection thereto no later than June 18, 2020. SO ORDERED.

*[signature]* 6/11/2020