UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

— v. —  **ORDER**

MARIO DELGADO,  19 Cr. 817 (LAK)

        Defendant.

- - - - - - - - - - - - - - - - - - - - - -x

      WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on March 3, 2021;

      WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court; and

      WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

      IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated: New York, New York
      March 24, 2021

_____
THE HONORABLE LEWIS A. KAPLAN
United States District Judge
Southern District of New York