**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

**MEMO ENDORSED**

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker@aol.com

April 26, 2021

**By ECF**
Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Mario Delgado</u>
19 Cr 817 (LAK)

Dear Judge Kaplan:

I write on behalf of Mario Delgado, with the consent of the Government and Pretrial Services requesting that the Court amend the Bail Order (Dkt. No. 71) filed March 8, 2021 and change the third party custodian to Mr. Delgado's brother, Carlos Delcarmen. Mr. Delgado would temporarily reside with Mr. Delcarmen in Newark, NJ and if the Court grants this request, then I will provide Pretrial Services and the Government with Mr. Delcarmen's information.

Mr. Delgado has been released temporarily pending surgery and he is currently living with his father, who is the third-party guardian, in the Bronx. Surgery is scheduled for May 6, 2021. Mr. Delgado's father is involved with another woman who resents Mr. Delgado's living in the apartment. It seems that the elder Mr. Delgado's girlfriend wants to go on vacation to the Dominican Republic and that the elder Mr. Delgado cannot go because he is currently his son's third party guardian.

Pre-trial became aware of the stress in the household a few weeks ago and notified counsel. I conferred with Mr. Delgado and despite his efforts to work things out, we now believe it would be best if he moved in with his brother. I have communicated with both Officer DeFeo and AUSA Lindsey Keenan via email and neither of them object to this proposed modification.

Accordingly, if the foregoing meets with the Court's approval, then I respectfully request that the Court "So Order" this letter.

Granted
SO ORDERED

LEWIS A. KAPLAN, USDJ
4/27/21

1