**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker@aol.com

12-13-23

December 9, 2023

**By ECF and email**
Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Mario Delgado</u>
19 Cr 817 (LAK)

Dear Judge Kaplan:

I write requesting that the Court reappoint me to represent Mario Delgado pursuant to the Criminal Justice Act so that I can file a motion on behalf of the defendant for re-sentencing as a result of Amendment 821 to the Sentencing Guidelines.

If the foregoing meets with the Court's approval, then I respectfully request that you "So Order" this letter.

Thank you for your consideration in this matter.

Respectfully submitted,

Daniel S. Parker

Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd Street, 6th Fl.
New York, NY 10016
917-670-7622
DanielParker@aol.com

Granted
SO ORDERED
LEWIS A. KAPLAN, USDJ
12/13/23